IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHAWN BROWN,** *Plaintiff,* v. **SAMEERAH MUHAMMAD,** *Defendant.* | Case No. 2:23-CV-05155 |

### ORDER

AND NOW, this 10th day of July, 2024, upon consideration of Defendant Sameerah Muhammad's Motion To Dismiss (ECF No. 10), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**. The claims against Ms. Muhammad are **DISMISSED WITHOUT PREJUDICE**.

It is **FURTHER ORDERED** that Mr. Brown may file an Amended Complaint on or before August 6, 2024. The Amended Complaint shall be a complete document that does not rely on the original Complaint or any other papers filed in this case. It must lay out all allegations in separately numbered paragraphs, and it must include enough factual detail to demonstrate the factual plausibility of each of the claims that Mr. Brown asserts. If Mr. Brown does not file an Amended Complaint, then I will assume that he has elected to stand on his current complaint, and I will enter an Order finalizing the case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.